**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| TIQUANE ROBERSON, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-00248-LY |
| QC HOLDINGS, INC. d/b/a LENDNATION, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Tiquane Roberson ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, QC Holdings, Inc. d/b/a LendNation, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: April 19, 2021

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

### CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
