UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIQUANE ROBERSON,<br><br>    Plaintiff,<br><br>v.<br><br>QC HOLDINGS, INC. d/b/a LENDNATION,<br><br>    Defendant. | Case No. 1:21-cv-00248-LY |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Tiquane Roberson ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal With Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed with prejudice against the Defendant, QC Holdings, Inc. d/b/a LendNation, with both parties to bear their own attorney's fees and costs. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: June 3, 2021

Respectfully submitted,

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

      */s/ Marwan R. Daher*
      Marwan R. Daher, Esq.