IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIQUANE ROBERSON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-248-LY |
| QC HOLDINGS, INC. D/B/A | § | |
| LENDNATION, | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On June 3, 2021, Plaintiff Tiquane Roberson filed a Notice of Voluntary Dismissal With Prejudice (Doc. #11) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _4th_ day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE